**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6157

PERRY MASON,

              Petitioner - Appellant,

      v.

KENNY ATKINSON, Warden,

              Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  Richard M. Gergel, District Judge. (9:11-cv-01655-RMG)

Submitted:  June 27, 2013          Decided:  July 11, 2013

Before MOTZ, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Perry Mason, Appellant Pro Se.  Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Perry Mason, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we deny Mason's motion to take judicial notice or modify record and affirm. Mason v. Atkinson, No. 9:11-cv-01655-RMG (D.S.C. Jan. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED